JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BAKER,<br><br>    Petitioner,<br><br>  v.<br><br>JOSIE GASTELO, Warden,<br><br>    Respondent. | Case No. 2:20-CV-04156 MCS (KES)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

DATED: December 22, 2020

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE